Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>CHARLIE WALTER KEITH<br>SHANA F KEITH<br><br>Debtors | CASE NO: 09-25570<br><br>Chapter 13     FILED ELECTRONICALLY<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER CONFIRMING CHAPTER 13 PLAN

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, hereby moves the Court for an order dismissing this case based on the Debtors' failure to comply with the Confirmation Order. In support thereof the Trustee represents as follows:

1. Pursuant to the terms of the Order Confirming Debtor's Chapter 13 Plan, the Debtors are required to:

    a. File with the court and serve on the Trustee a declaration that all claims have been reviewed and that any appropriate objections have been filed and noticed for a hearing within 60 days following the expiration of the bar date for governmental units to file claims under Bankruptcy Rule 3002(c)(1).

2. The Debtors have failed to comply with the aforementioned terms of the Confirmation Order.

3. The Court will administratively dismiss this case without further notice or hearing unless the Debtors take all of the following actions: (1) file a written response with the Court by March 04, 2010; (2) serve a copy of the response on the Chapter 13 Trustee; and (3) hold a hearing on the response within forty

(40) days of filing the response.

    4.   Therefore, based on the reasons set forth above, the Trustee asks the Court to dismiss this case without prejudice.

DATED: February 08, 2010

                                                                                   KRA /S/
                                                                                   KEVIN R. ANDERSON
                                                                                   CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on February 08, 2010:

                              CHARLIE WALTER KEITH
                              SHANA F KEITH
                              PO BOX 682
                              SPANISH FORK, UT  84660

                              ROBERT S. PAYNE
                              ECF NOTIFICATION

                                                                                /s/ _____
                                                                                Office of Chapter 13 Trustee